# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2022-1972
_____

SUSAN A. SIEGEL,

   Appellant,

v.

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS,

   Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Layne Smith, Judge.


November 9, 2023

PER CURIAM.

   AFFIRMED.

LEWIS, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Gary Lee Printy, Tallahassee, for Appellant.

Maria S. Hossain, Assistant General Counsel, Department of Corrections, Tallahassee, for Appellee.